**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON DOCKET**

| | |
|---|---|
| IN RE: Application Pursuant to 28 U.S.C. § 1782 of SAINT-GOBAIN CORPORATION,<br><br><br><br>Petitioner,<br><br><br>To take discovery of –<br><br>CORNING INCORPORATED,<br><br><br><br>Respondent. | Misc. Case No. 5:21-cv-00320 |

**RESPONSE TO APPLICATION OF SAINT-GOBAIN CORPORATION FOR AN ORDER TO TAKE EXPEDITED DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

Respondent, Corning Incorporated, by and through the undersigned counsel hereby enters its appearance and states as follows:

1.     It is Corning's understanding that by way of the petition, Saint-Gobain seeks discovery of an agreement between Corning and Dongxu Group, Co., Ltd. ("Dongxu") dated November 15, 2013 relating to the licensing of certain technology by Corning to Dongxu permitting Dongxu to make Gen 6 and below flat panel display glass in mainland China (the "Subject Agreement"). The execution of this agreement was disclosed by Corning in an 8-k filing with the United States Securities and Exchange Commission on or about November 15, 2013. *See* https://www.sec.gov/Archives/edgar/data/24741/000129993313002031/htm_48846.htm

2.      Corning has no opposition to producing the Subject Agreement pursuant to an order of this Court that (1) permits Corning to produce the Subject Agreement with minimal redactions relating to financial and other confidential information that we understand are not relevant to the issues in the arbitration as explained in Saint-Gobain's declarations (the "CIETAC Arbitration"), and (2) subject to the confidentiality and use limitations in the order submitted by Saint-Gobain.

Dated: December 27, 2021

Respectfully submitted,

/s/Donald J. Kelly
Donald J. Kelly
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
(502) 589-5235
dkelly@wyattfirm.com

and

Thomas E. Travis
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507
(859) 233-2012
ttravis@wyattfirm.com

**Counsel for Respondent, Corning Incorporated**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marshall R. Hixson mhixson@stites.com

Joshua F. Barnette jbarnette@stites.com

/s/Donald J. Kelly

100665599.2